UNITED STATES DISTRICT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

KENNETH J. O'BRIEN,

    Plaintiff,

v.                              Case No.:  1:24-cv-232-MCR-ZCB

STATE OF FLORIDA,

    Defendant.
_____/

### ORDER

The Magistrate Judge issued a Report and Recommendation on June 30, 2025, ECF No. 23.  The Court furnished the plaintiff a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1. The Magistrate Judge's Report and Recommendation, ECF No. 23, is adopted and incorporated by reference in this order.

2. This case is **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the Court.

3. The Clerk of Court is directed to enter judgment in accordance with this order and close the case.

**DONE AND ORDERED** this 15th day of December 2025.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**